**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRIAN DENARE ASKEW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-370-RAH-CWB** |
| | ) | |
| **CHARLES MCKEE, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation entered August 9, 2024, dismissing this action without prejudice. (Doc. 10.)  The Petitioner has filed no objections to this Recommendation.  After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is **ORDERED** that:

1.  The Recommendation of the Magistrate Judge is ADOPTED;

2.  This case is DISMISSED without prejudice;

3.  No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 17th day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE